**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Hector C.P.,

Petitioner,

v.

Todd Blanche, *Attorney General of the United States*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; David J. Venturella, Director, *U.S. Immigration and Customs Enforcement*; David Easterwood, *St. Paul Field Office, U.S. Immigration and Customs Enforcement*; and Joel Brott, *Sheriff of Sherburne County Jail*,

Respondents.

Case No. 26-cv-4718 (JRT/DJF)

**ORDER**

**IT IS HEREBY ORDERED THAT:**

1. Respondents are directed to file an answer to Petitioner Hector C.P.'s petition for a writ of habeas corpus (ECF No. 1) ("Petition") by no later than **November 13, 2026**, certifying the true cause and proper duration of his confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

c. Respondents' recommendation as to whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to Respondents' answer, he must do so by **November 20, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Petitioner's application to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

Dated: November 6, 2026

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge